# United States District Court

_____ DISTRICT OF _____

TAMMY WALKER,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-30074-MAP

CITY OF HOLYOKE,
    Defendant

TO: (Name and address of defendant)

    City Clerk
    City of Holyoke
    536 Dwight Street
    Holyoke, MA 01040

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Tani E. Sapirstein, Esq.
    SAPIRSTEIN & SAPIRSTEIN, P.C.
    1341 Main Street - 3rd Floor
    Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**
CLERK

_Mary Finn_
(BY) DEPUTY CLERK

DATE: March 29, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| | DATE |
|---|---|
| Ser | |

NAME

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

March 31, 2005

I hereby certify and return that on 3/30/2005 at 02:30 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT & CIVIL ACT. COVER SHEET in this action in the following manner: To wit, by delivering in hand to SUSAN EGAN, CLERK, person in charge at the time of service for CITY OF HOLYOKE, CITY CLERK, 536 DWIGHT Street, HOLYOKE, MA 01040.Attestation x 2 ($10.00), Conveyance ($2.70), Travel ($5.76), Basic Service Fee ($20.00), Mailing ($3.00) Total Charges $41.46

Deputy Sheriff DAVID K. TENNEY

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                            _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.