UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-30074-MAP

TAMMY WALKER, )
      Plaintiff )
)
v. )
)
CITY OF HOLYOKE, )
      Defendant )
_____ )

## LOCAL RULE 16.1 (D)(3) CERTIFICATION

We hereby certify and affirm that Plaintiff, Tammy Walker, and Plaintiff's counsel, Tani E. Sapirstein, have conferred with respect to establishing a budget for the cost of full litigation and of various other alternative courses. Further, we have considered the use of alternative methods for resolving this dispute, including those methods outlined in Local Rule 16.4 of the Local Rules of the United States District Court for the District of Massachusetts.

The Plaintiff,

_____
Tammy Walker

Attorney for the Plaintiff,

_____
Tani E. Sapirstein, Esq.
BBO #236850
SAPIRSTEIN & SAPIRSTEIN, P.C.
1341 Main Street, 3rd Floor
Springfield, MA 01103
Tel: (413) 827-7500
Fax: (413) 827-7797

Date: May 24, 2005
K:\WP61\CASEFILE\Walker\cert 16.1.wpd

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to :

    Carole Sakowski Lynch, Esq.
    Morrison, Mahoney & Miller, LLP
    1500 Main Street, Suite 2400
    P.O. Box 15387
    Springfield, MA 01115-5387

                                                  Tani E. Sapirstein

Date: May 24, 2005

K:\WP61\CASEFILE\Walker\cert of service.wpd