UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,            )
       Plaintiff    )
                         )
v.                       )   Civil Action No.  05-30074-MAP
                         )
                         )
CITY OF HOLYOKE,         )
       Defendant    )

SCHEDULING ORDER
June 1, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by July 13, 2005.

2. All written discovery shall be completed by August 15, 2005.

3. Non-expert depositions shall be completed by February 10, 2006.

4. Counsel shall appear for a case management conference on February 15, 2006, at 10:00 a.m. in Courtroom Three.

5. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by March 10, 2006.

6. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by April 10, 2006.

7. All expert depositions shall be completed by June 2, 2006.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN
                          U.S. Magistrate Judge