UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

DOCKET NO. 05-30074-MAP

2005 JUN -6 P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TAMMY WALKER,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF HOLYOKE,<br>    Defendant | )<br>) |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the undersigned hereby certify that they have conferred concerning the establishment of a budget for the cost of conducting the full-course and various alternative courses for the litigation and concerning the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Insurer for the City of Holyoke,

_____
Peter Roxo
Massamont Insurance Agency, Inc.
P.O. Box 334
Ludlow, MA 01056
(413) 583-0394
(413) 583-9207 (fax)

Attorney for the Defendant,
City of Holyoke

_____
Carole Sakowski Lynch, BBO# 547718
Morrison, Mahoney & Miller, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (fax)

a true copy of ...
by mail ...
on 6/3/05

293302v1