UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-30074-MAP

TAMMY WALKER,  )
      Plaintiff  )
    )
v.  )
    )
CITY OF HOLYOKE,  )
      Defendant  )
_____)

## MOTION TO WITHDRAW AS COUNSEL

Now comes counsel for the Plaintiff in the above captioned matter and hereby moves this honorable Court for leave to withdraw as counsel in this matter. As the basis for the Motion, the undersigned counsel represents that she is unable to effectively represent the Plaintiff.

WHEREFORE, counsel for the Plaintiff hereby moves for leave to withdraw as counsel in the above captioned matter. Plaintiff's counsel requests that such withdrawal be effective upon the retention by the Plaintiff of successor counsel or if successor counsel is not retained, ninety (90) days from the date of this Motion.

                Respectfully Submitted,
                The Plaintiff, Tammy Walker
                By Her Attorney

                /s/ Tani E. Sapirstein
                Tani E. Sapirstein, Esq.
                BBO #236850
                SAPIRSTEIN & SAPIRSTEIN, P.C.
                1341 Main Street, 3rd Floor
                Springfield, MA 01103
                Tel:   (413) 827-7500
                Fax:  (413) 827-7797

1

Dated: July 21, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the following via first class mail, postage prepaid to :

>Carole Sakowski Lynch, Esq.
>Morrison, Mahoney & Miller, LLP
>1500 Main Street, Suite 2400
>P.O. Box 15387
>Springfield, MA 01115-5387

*[signature]*
Tani E. Sapirstein

Date: July 21, 2005

K:\WP61\CASEFILE\Walker\Mot to Withdraw.wpd

2