UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

TAMMY WALKER

Check if previously referred:

V.   CA/CR No. 05-30074-MAP

CITY OF HOLYOKE

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __NEIMAN__ for the following proceedings:

(A)  Referred for full pretrial case management, including all dispositive motions.

Referred for full pretrial case management, <u>not</u> including dispositive motions:

(B)  Referred for discovery purposes only.

(C)  Referred for Report and Recommendation on:

( ) Motion(s) for injunctive relief
( ) Motion(s) for judgment on the pleadings
( ) Motion(s) for summary judgment
( ) Motion(s) to permit maintenance of a class action
( ) Motion(s) to suppress evidence
( ) Motion(s) to dismiss
( ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(D)  Case referred for events only. See Doc. No(s). _____

(E)  Case referred for settlement.

(F)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
( ) In accordance with Rule 53, F.R.Civ.P.
( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(G)  Special Instructions: __STATUS CONFERENCE__

11/3/05                By:   /s/ Elizabeth A. French
Date                         Deputy Clerk

**(Order of Ref to MJ.wpd - 05/2003)**

---

[1] See reverse side of order for instructions