AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

TAMMY WALKER

V.

CITY OF HOLYOKE, et al.

**NOTICE**

CASE NUMBER: 05-30075-MAP

TYPE OF CASE:

☒ **CIVIL**       **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |
|  | January 12, 2006, at 10:30 a.m. |

TYPE OF PROCEEDING

STATUS CONFERENCE

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three |  |  |

SARAH A. THORNTON, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

December 22, 2005
DATE

/s/                       /s/ Bethaney A. Healy
(BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD
       Plaintiff Tammy Walker