UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,            )
         Plaintiff   )
                         )
v.                       )   Civil Action No. 05-30074-MAP
                         )
                         )
CITY OF HOLYOKE,         )
         Defendant   )

REVISED SCHEDULING ORDER
January 12, 2006

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All written discovery shall be served by February 3, 2006.

2. Non-expert depositions shall be completed by May 19, 2006.

3. The parties shall appear for a case management conference on May 30, 2006, at 10:30 a.m. in Courtroom Three.

4. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by June 30, 2006.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by July 31, 2006.

6. All expert depositions shall be completed by August 31, 2006.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN
                          U.S. Magistrate Judge