# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

Carole Sakowski Lynch
Phone: 413-737-4373 Ext. 1233
clynch@morrisonmahoney.com

TOWER SQUARE
1500 MAIN STREET
SUITE 2400, POST OFFICE BOX 15387
SPRINGFIELD, MASSACHUSETTS 01115-5387
413-737-4373
FACSIMILE: 413-739-3125

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

RHODE ISLAND
PROVIDENCE

CONNECTICUT
HARTFORD

NEW YORK
NEW YORK

NEW JERSEY
PARSIPPANY

ENGLAND
LONDON

April 27, 2006

Office of the Clerk
United States District Court
1550 Main Street
Springfield, MA  01103

Re:  Tammy Walker v. Holyoke Police Department
     Civil Action No.:   05-30074-MAP
     Our File No.:       10007547

Dear Sir or Madam:

   The defendant is in receipt of plaintiff's Motion to Extend Depositions Deadlines and assents to same. The defendant also requests that the status conference currently scheduled for May 30, 2006 be continued, as well.

Very truly yours,

Carole Sakowski Lynch

CSL/esf
Cc:  Tammy Walker