UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TAMMY WALKER, )  Plaintiff ) ) | | |
| v.  ) ) ) | Civil Action No. 05-30074-MAP | |
| CITY OF HOLYOKE, )  Defendant ) | | |

FURTHER REVISED SCHEDULING ORDER
April 28, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS without objection Plaintiff's Motion to Extend Deposition Deadlines (Document No. 19) and revises the schedule as follows:

1. Non-expert depositions shall be completed by June 30, 2006.

2. The parties shall appear for a case management conference on July 11, 2006, at 10:30 a.m. in Courtroom Three. The May 30th conference is cancelled.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge