**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Docket No. 05-30074-MAP

| | |
|---|---|
| **TAMMY WALKER** ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| **CITY OF HOLYOKE,** ) | |
| DEFENDANTS, ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES attorney Ozell Hudson, Jr. who enters his appearance as counsel of record for the Plaintiff Tammy Walker in the above-captioned matter.

Respectfully submitted,
Tammy Walker
By her attorney,

Dated this 12th day of June, 2006

Ozell Hudson, Jr., Esq
BBO# 556269
434 Massachusetts Ave.
Suite 402
Boston, Ma. 02118
(617) 267-0662
Fax # (617) 267-0663

## CERTIFICATE OF SERVICE

I, Ozell Hudson Jr., hereby certify that on this 12th day of June, 2006 I have served a true copy of the foregoing (Notice of Appearance) upon the attorney of record by fax, hand or first class mail, postage pre-paid and addressed to the following:

Carole Sakowski Lynch, Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street
Suite 2400
P.O. Box 15387
Springfield, Ma. 01115

                                                Ozell Hudson, Jr., Esq.

1