UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,                    )
                    Plaintiff   )
                                )
          v.                    )        Civil Action No.  05-30074-MAP
                                )
                                )
CITY OF HOLYOKE,                )
                    Defendant   )


FURTHER REVISED SCHEDULING ORDER
June 27, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Extend Discovery

Deadline (Document No. 25) and revises the schedule as follows:

1.     All non-expert discovery -- both paper discovery and depositions -- shall

       be completed by October 27, 2006.  Accordingly, all remaining

       interrogatories or requests for production shall be served with sufficient

       time pursuant to the rules for the responding party to respond no later

       than October 27, 2006.

2.     The parties shall appear for a case management conference on

       November 2, 2006, at 10:30 a.m. in Courtroom Three.  The July 11th

       conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                         /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge