# Ozell Hudson, Jr., Esq.
# Law Offices

434 Massachusetts Avenue, Suite 402
Boston, Massachusetts 02118
Telephone (617) 267-0662
Fax (617) 267-0663
E-mail: Ohudsonlaw@AOL.com

August 23, 2006

Honorable Kenneth P. Neiman
U.S. District Magistrate Judge
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103

Re: Tammy Walker v. City of Holyoke
District of Massachusetts, Springfield
Docket No. 05-30074-MAP
Notice of Conflict of Court appearances on November 2, 2006

Dear Judge Neiman,

The Plaintiff Tammy Walker, pursuant to Local Rule 40.2(D)(5) of the United States District Court, Massachusetts Division, notifies this court that Plaintiff's "…counsel have engagement conflicts with respect to cases pending in the Massachusetts Superior Court" (Suffolk County), and United States District Court (Springfield, MA) on November 2, 2006.

2.  The Names and docket numbers of each case is as follows:

    a)  Charles Jenkins v. CBS Broadcasting Inc., et al.
        Civil Docket No. SUCV2005-00446
        Suffolk Superior
        (Rule 56 Summary Judgment Hearing); and

    b)  Tammy Walker v. City of Holyoke
        Docket No. 05-30074-MAP
        U.S. District Court
        District of Massachusetts, Springfield
        (Case Status Conference).

3.  The date and time of the scheduled proceeding in each case is as follows:

    a)  C. Jenkins v. CBS
        November 2, 2006 at 2:00 p.m.; and

b)    T. Walker v. City of Holyoke
November 2, 2006 at 10:30 a.m.

4.    Pursuant to Local Rule 40.2(D)(5), the above-referenced Suffolk Superior case of <u>Charles Jenkins v. CBS et al</u>. has the earliest docket number and should take precedence over the U.S. District Court case of <u>Tammy Walker v. City of Holyoke</u>.

5.    Plaintiff's counsel will be extremely hard pressed to drive from Springfield to Boston, after the above-mentioned case status conference, to timely participate in the Superior Court Summary Judgment hearing on November 2, 2006. Plaintiff request that the case not having precedence (Walker v. City of Holyoke) should be rescheduled, and Plaintiff's counsel should be allowed a protective order from having to appear in U.S. District Court on November 2, 2006.

    Respectfully Submitted,
    Plaintiff, Tammy Walker
    By her attorney

    Ozell Hudson, Jr., Esq.
    BBO# 556269
    434 Massachusetts Ave., Suite 402
    Boston, MA. 02118
    (617) 267-0662

CC:    Carole S. Lynch, Esq.
        Presiding Justice Suffolk Superior Court
        Mark W. Batten, Esq.
        Tammy Walker