UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,                         )
        Plaintiff           )
                                      )
v.                                                  )          Civil Action No.  05-30074-MAP
                                      )
                                      )
CITY OF HOLYOKE,                      )
        Defendant         )

REVISED SCHEDULING ORDER
October 10, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS, albeit reluctantly and in part only, the parties' Joint Motion to Extend Discovery Deadline (Document No. 28) and revises the schedule as follows:

1. All non-expert depositions shall be completed by November 27, 2006.

2. The parties shall appear for a case management conference on December 7, 2006, at 12:15 p.m. in Courtroom Three.  The November 2nd conference is cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                               KENNETH P. NEIMAN
                                               U.S. Magistrate Judge