# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
**Tammy Walker,**         )
    **Plaintiff**         )    **Civil Action No. 05-30074-MAP**
                               )
**v.**                                )
                               )
**City of Holyoke,**       )
    **Defendant**         )
_____)

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO PRODUCE DOCUMENTS PURSUANT TO FED. R. CIV. P. 37(a) AND LOCAL RULE 37.1(B)

Pursuant to Fed. R. Civ. P. 37(a) (hereinafter "Rules") and Local Rule 37.1B (hereinafter "Loc. R.") and other applicable law, the Plaintiff Tammy Walker ("Plaintiff") hereby move this Court for an Order compelling the Defendant City of Holyoke ("Defendant") to produce certain documents, "that (are) relevant to the claim or defense of any party". Rule 26(b). Specifically, Plaintiff moves to compel production of documents of Sergeant Robert Wagner, a similarly situated employee (or former employee) outside of Plaintiff's protected group, who was treated more favorably. Plaintiff moves for an Order requiring Defendant to pay plaintiff the "reasonable expenses incurred in making (this) motion, including attorney fees…." Pursuant to Rule 37(a).

In corroboration hereof, Plaintiff submit the accompanying Memorandum In Support.

**WHEREFORE**, Plaintiff respectfully request that the Court allow Plaintiff's Motion To Compel in its entirety.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Loc. R. 7.1 (D), Plaintiff respectfully request oral argument on their Motion.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | Tammy Walker |
|  | By Her Attorney |
| Dated November 26, 2006 |  |
|  | /s/ *Ozell Hudson, Jr.* |
|  | Ozell Hudson, Jr. Esq. |
|  | BBO No. 556269 |
|  | 434 Massachusetts Ave. |
|  | Suite 402 |
|  | Boston, Ma. 02118 |
|  | Tel. (617) 267-0662 |
|  | Fax. (617) 267-0663 |

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

I, Ozell Hudson, Jr., attorney for the Plaintiff, do hereby certify that in accordance with Loc. R. 7.1 (A)(2) and 37.1 (A) and (B), I conferred in good faith with counsel for Defendant to resolve or narrow the areas of disagreement to the greatest extent possible, or narrow the issues raised by the foregoing Motion. Defendant's counsel, having spoken with her client about the issues, has refused to produce the requested documents unless ordered by the Court.

/s/ *Ozell Hudson, Jr.*

Ozell Hudson, Jr., Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that this 26th day of November, 2006, I caused to be delivered to all counsel of record, by electronic, fax, hand, or mail with postage prepaid, a true copy of the foregoing document (Plaintiff's Motion to Compel Defendant to Produce Documents and Memorandum In Support) to:

Carole Sakowoki Lynch, Esq.
Morrison Mahoney, LLP
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, Ma. 01115

/s/ *Ozell Hudson, Jr.*
Ozell Hudson, Jr., Esq