UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TAMMY WALKER, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-30074-MAP |
| | ) | |
| CITY OF HOLYOKE, | ) | |
|     Defendant | ) | |

<u>SCHEDULING ORDER</u>
December 7, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. The remaining non-expert depositions shall be completed by January 26, 2007.

2. With regard to expert discovery:

   a. Plaintiff shall designate and disclose information regarding her trial experts as required by Fed. R. Civ. P. 26(a)(2) by February 28, 2007.

   b. Defendant may arrange for an independent medical examination of Plaintiff by March 30, 2007.

   c. Defendant shall designate and disclose information regarding its experts as required by Fed. R. Civ. P. 26(a)(2) by April 27, 2007.

   d. All expert depositions shall be completed by May 15, 2007.

3. With regard to dispositive motions:

      a.      Defendant shall file its motion for summary judgment by March 26, 2007.

      b.      Plaintiff shall file an opposition to said motion, if any, by May 11, 2007, to which Defendant may reply by May 25, 2007.

IT IS SO ORDERED.

DATED:   December 7, 2006

                                                /s/ Kenneth P. Neiman  
                                              KENNETH P. NEIMAN  
                                              Chief Magistrate Judge