UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,            )
         Plaintiff      )
                       )
                       )
   v.                             )          Civil Action No. 05-30074-MAP
                       )
                       )
CITY OF HOLYOKE,         )
         Defendant    )

FURTHER SCHEDULING ORDER
February 23, 2007

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference held on February 21, 2007:

1. Plaintiff shall provide Defendant with her outstanding tax returns by March 16, 2007.

2. The remaining non-expert deposition of Plaintiff shall be completed by March 30, 2007.

3. With regard to expert discovery:

    a. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by February 28, 2007.

    b. Defendant may arrange for an independent medical examination of Plaintiff by April 20, 2007.

    c. Defendant shall designate and disclose information regarding its experts as required by FED. R. CIV. P. 26(a)(2) by May 11, 2007.

   d. All expert depositions shall be completed by June 1, 2007.

 4. With regard to dispositive motions:

   a. Defendant shall file its motion for summary judgment by April 20, 2007.

   b. Plaintiff shall file an opposition to said motion, if any, by May 25, 2007, to which Defendant may reply by June 1, 2007.

THERE SHALL BE NO FURTHER EXTENSIONS.


 IT IS SO ORDERED.


February 23, 2007         /s/ Kenneth P. Neiman
Date             KENNETH P. NEIMAN
               U.S. Magistrate Judge