UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TAMMY WALKER,             )
        Plaintiff     )
                          )
v.                        )   Civil Action No. 05-30074-MAP
                          )
                          )
                          )
CITY OF HOLYOKE,          )
        Defendant     )

REVISED SCHEDULING ORDER
April 2, 2007

NEIMAN, C.M.J.

The following schedule was established at the hearing today with regard to Defendant's Motion to Compel (Document No. 38) and Motion for Extension of Time (Document No. 39):

1. By April 17, 2007, Plaintiff shall provide her tax returns for 2003, 2004, 2005, and 2006 and/or Form 4506 for any years for which such returns are unavailable. Plaintiff is hereby warned that failure to comply could result in sanctions, including dismissal.

2. Defendant's deposition of Plaintiff shall be completed by May 4, 2007.

3. With regard to remaining expert discovery:

   a. Defendant may arrange for an independent medical examination of Plaintiff by June 1, 2007.

   b. Defendant shall designate and disclose information regarding its experts as required by FED. R. CIV. P. 26(a)(2) by June 29, 2007.

      c.      All expert depositions shall be completed by July 31, 2007.

4.      With regard to dispositive motions:

      a.      Defendant shall file its motion for summary judgment by June 15, 2007.

      b.      Plaintiff shall file an opposition to said motion, if any, by July 16, 2007, to which Defendant may reply by July 25, 2007.

IT IS SO ORDERED.

DATED: April 2, 2007

        /s/ Kenneth P. Neiman  
        KENNETH P. NEIMAN  
        Chief Magistrate Judge