UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-30074-MAP

|  |  |
|---|---|
| TAMMY WALKER,<br>    Plaintiff<br><br>v.<br><br>CITY OF HOLYOKE,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION TO COMPEL AN INDEPENDENT MEDICAL EXAMINATION (IME) OF THE PLAINTIFF AND TO EXTEND DEADLINE**

NOW COMES the defendant, City of Holyoke, and respectfully requests that this court order the plaintiff to undergo an independent medical examination and to extend the deadline for said examination until July 1, 2007.

As reason for this request, the defendant states as follows:

1. The current deadline for the IME to be scheduled is June 1, 2007.

2. Defendant's counsel has determined that a psychiatric IME of the plaintiff is necessary to determine and evaluate damages and liability. The plaintiff is alleging that she suffers from post traumatic stress disorder and depression due to the actions of the defendant.

3. Defendant's counsel has retained Dr. Bernard Katz to perform a psychological evaluation of Tammy Walker. (See Exhibit A: Dr. Katz's Curriculum Vitae)

4. On May 22, 2007, defendant's counsel informed plaintiff's counsel, Ozell Hudson, Jr., of her intention to have Dr. Katz perform an IME of Tammy Walker and requested that Attorney Hudson indicate whether he would consent to the

358472v1

IME. No response was received. (See Exhibit B: Correspondence to Ozell Hudson, Jr., 5/22/2007)

5. On May 24, 2007, defendant's counsel scheduled an IME of the plaintiff for Tuesday, May 29, 2007 at 2:00 p.m. to take place at the Hampden County House of Corrections. (See Exhibit C: Correspondence to William Curley, Superintendent of Security, 5/24/07.)

6. Defendant's counsel requested that Dr. Katz determine the following:

- Diagnosis of the plaintiff's present condition;
- Causal relationship of the alleged claims to the plaintiff's symptoms;
- Prognosis;
- Evaluation of the treatment rendered;
- Extent and percentage of disability, if any;
- Opinion on the need for future treatment;
- Opinion on whether the plaintiff's current complaints can be attributed to a condition unrelated to the subject claims;
- Opinion on any causal relationship that may exist between any psychiatric disorders, conditions and/or diagnoses that the plaintiff may have and the allegations that she is making against the defendant.

7. On May 24, 2007, plaintiff's counsel informed defendant's counsel that he could not consent to an IME without Ms. Walker's permission. He stated that he was unable to contact Ms. Walker and obtain her permission prior to May 29, 2007.

The plaintiff's IME will not delay the filing of defendant's motion for summary judgment by the June 15, 2007 deadline.

358472v1

WHEREFORE, the defendant, City of Holyoke, respectfully requests that this court order Tammy Walker to undergo a psychiatric independent medical examination and extend the deadline for said examination to July 1, 2007.

>The Defendants,
>CITY OF HOLYOKE,
>
>By Its Attorneys
>MORRISON MAHONEY LLP
>
>
>  /s/ Carole Sakowski Lynch
>Carole Sakowski Lynch, BBO# 547718
>1500 Main Street, Suite 2400
>P.O. Box 15387
>Springfield, MA  01115-5387
>(413) 737-4373
>(413) 739-3125 (Fax)

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on May 29, 2007.

>  /s/ Carole Sakowski Lynch

January 2007

# CURRICULUM VITAE

Bernard Katz, M.D.

Education and Degrees:

- Ohio University, Athens, Ohio - B.A. Honors
- University of Chicago - M.A., Psychiatric Social Work
- University of Louisville School of Medicine, Louisville, KY - M.D.

Training and Experience:

| | |
|---|---|
| 12/02-3/04 | Psychiatrist-in-Chief, Tufts New England Medical Center Boston, MA |
| 1997-Present | Private Practice, General and Forensic Psychiatry |
| 1994-1997 | Psychiatrist-in-Chief, Correctional Medical Services, Massachusetts Project, Dedham, MA |
| 1994-1997 | Medical Director, Bridgewater State Hospital, Bridgewater, MA |
| 1987-1994 | Psychiatrist-in-Chief, HRI Hospital, Brookline, MA |
| 1983-1987 | Medical Director, The Outpatient Clinics, Human Resource Institute, Brookline, MA |
| 1973-1983 | Medical Director and Co-Founder, Westwood Lodge Hospital, Westwood, MA |
| 1975-1980 | Clinical Director, Psychiatric Associates of Norfolk County |
| 1971-1981 | Chief, Department of Psychiatry, United States Public Health Service Hospital, Brighton, MA (part-time) |
| 1969-1994 | Chief Psychiatric Consultant, Dept. of the Army, AFEES, Boston, MA, (part-time) |
| 1969-1972 | Director, Aftercare Clinic, South Shore Mental Health Center, Quincy, MA (part-time) |
| 1968-1971 | Resident in Psychiatry, Massachusetts Mental Health Center/Harvard Medical School, Boston, MA |
| 1967-1968 | Rotating Intern, University of Wisconsin Hospitals, Madison, WI |
| 1960-1963 | Caseworker, Jewish Family Service Bureau, Cincinnati, OH |

Teaching Activities:

| | |
|---|---|
| 2002-Date | Adjunct Clinical Professor of Psychiatry, Tufts University School of Medicine, Boston, MA |
| 1989-Date | Associate Clinical Professor of Psychiatry, Boston University School of Medicine |
| 1985-1993 | Senior Clinical Supervisor, Faulkner Hospital |

1

| | |
|---|---|
| 1971-Date | Clinical Instructor in Psychiatry, Harvard Medical School |
| 1983-1994 | Clinical Associate in Psychiatry, Massachusetts General Hospital |
| 1979-1989 | Assistant Clinical Professor of Psychiatry, Boston University School of Medicine1979-1981 |
| 1979-1981 | Lecturer in Psychopathology, Boston College School of Social Work |
| 1979-1980 | Instructor, Mental Health Collaborative, Boston, MA |
| 1978-1980 | Faculty, Boston Institute for Psychotherapy |
| 1977-1980 | Consultant, Parents' and Children's Services, Boston, MA |
| 1974-1979 | Clinical Instructor (Psychiatry), Boston University School of Medicine |
| 1971-1974 | Supervisor, Massachusetts Mental Health Center, Boston, MA |
| 1968-1971 | Teaching Fellow (Psychiatry), Harvard Medical School |

## Other Professional Activities:

| | |
|---|---|
| 2006-Date | Psychiatric Consultant, Risk Management and Patient Safety Institute, Lansing, MI |
| 2003-Date | Distinguished Fellow, American Psychiatric Association |
| 2002-Date | Psychiatric Consultant, Massachusetts State Police (Crisis Negotiating Team) |
| 2002-2005 | Psychiatric Consultant, Framingham (MA) Police Department |
| 2002 | American Psychiatric Association Special Presidential Award |
| 2001-2005 | Trustee, Pratt Medical Group of Tufts New England Medical Center |
| 1999-2000 | Committee on the Chronically Mentally Ill, Combined Jewish Philanthropies |
| 1998-2002 | Massachusetts Psychiatric Society Finance Committee |
| 1998-2002 | Massachusetts Psychiatric Society Planning Committee |
| 1997-Date | Board of Directors, Advocates Health Care Systems |
| 1996-2003 | Chairman, Constitutional Membership Committee American Psychiatric Association |
| 1993-1996 | Psychiatric Consultant, Massachusetts Medical Professional Insurance Association |
| 1993-1996 | Constitutional Membership Committee, American Psychiatric Association |
| 1988-1989 | Senior Consultant, Governor's "Blue Ribbon Commission" to study Bridgewater State Hospital |
| 1986-1992 | Commissioner, Joint Commission on Public Affairs, American Psychiatric Association, Washington, D.C. |
| 1985-Date | Founding Director, Massachusetts Association for Psychiatry |
| 1985-1994 | Senior Mental Health Consultant to the Commissioner, |

2

|  |  |
|---|---|
|  | Massachusetts Department of Correction |
| 1985-1994 | Consultant, Professional Liability Insurance Committee, American Psychiatric Association |
| 1985-1990 | Public Affairs Representative, American Psychiatric Association |
| 1985-1987 | Member, American College of Mental Health Administrators |
| 1985-1986 | Participant, Executive Office of Human Services, Mental Health Action Project |
| 1984-1987 | Consultant Reviewer, Massachusetts Blue Cross/Blue Shield Master Health Plus Program |
| 1984-1985 | President, Massachusetts Psychiatric Society |
| 1983-1984 | President-Elect, Massachusetts Psychiatric Society |
| 1983-1984 | Delegate, American Psychiatric Association, Psychiatric Benefits Project, Washington, D.C. |
| 1982-1984 | Advisor, Special Committee, Massachusetts State Senate (McGovern) |
| 1981-2005 | Director and Co-Founder, Law and Psychiatry Resource Center |
| 1981-1982 | Executive Administrative Consultant, Norfolk Mental Health Association and Cutler Clinic |
| 1981-2002 | Reviewer, <u>American Journal of Psychiatry</u> |
| 1979-1983 | Treasurer, Massachusetts Psychiatric Society |
| 1979-1981 | Advisor, Special Committee, Massachusetts State Senate (Backman) |
| 1978-2003 | Fellow, American Psychiatric Association |
| 1976-1986 | Member, Board of Directors, Norfolk Mental Health Association |
| 1976-1977 | Chairman, Nominating Committee, Massachusetts Psychiatric Society |
| 1975-1990/03 | Examiner, American Board of Psychiatry and Neurology, Inc. (part-time) |
| 1975-1986 | Clinical Advisory Committee, Norfolk Mental Health Association |
| 1975-1976 | Member, Nominating Committee, Massachusetts Psychiatric Society |
| 1971-1978 | General Member, Massachusetts Psychiatric Society and American Psychiatric Association |
| 1969-1971 | Member-in-Training, Massachusetts Psychiatric Society and American Psychiatric Association |

Other (Awards, Honors, etc.):

B.A. (Honors); Alumni Scholarship, University of Louisville School of Medicine; variety of scholarships, fellowships, and minor honors throughout undergraduate, graduate and medical school.

Military Obligation:

United States Public Health Service, Lt. Commander - 1968 - 1971; Inactive Reserve, USPHS.

Licensures:

3

Massachusetts #31344

Board Certification:
American Board of Psychiatry and Neurology (Psychiatry), 1974
American Board of Psychiatry and Neurology, Subspecialty in Forensic Psychiatry, 1999

Courses Given:

American Psychiatric Association Annual Meeting, New York, 1983. "Law and Psychiatry" along with Gutheil, T. and Rogoff, J.

Also presented at the annual meeting of the American Psychiatric Association, Los Angeles, 1984.

"Malpractice Prevention," along with Gutheil, T. Appelbaum, P., and Rogoff, J., American Psychiatric Association, Annual meeting, Dallas, Texas, 1985.

Also presented at the American Psychiatric Association, annual meeting, Washington, D.C., 1986, Chicago, 1987; Montreal, 1988; San Francisco, 1989; New York, 1990; New Orleans, 1991; San Francisco, 1993; Philadelphia, 1994; San Diego, 1997.

"Reducing the Risk of Malpractice," Hospital and Community Psychiatry Annual meeting, Los Angeles, October, 1991.

Participant Supervisor, Psychiatric Board Review Course, Harvard Medical School, 1999.

Supervisor, Intensive Diagnostic Interviewing, Harvard Medical School, April, 2001

Grand Rounds Given:

Massachusetts General Hospital, January, 1982, "Inpatient Psychiatry"

Boston University School of Medicine, November, 1982, "Unusual Presentation of Affective Disorder"

St. Vincent's Hospital, Worcester, MA, November, 1984, "Psychiatric Malpractice Prevention"

Mount Auburn Hospital, Cambridge, MA, October, 1991, "Psychiatric Malpractice Prevention"

Boston University School of Medicine, October, 1996, "Malpractice Prevention for the Clinician"

Medical College of Virginia, November, 1996, "Malpractice Risk Reduction for the Clinician"

## Publications

Baldessarini R, Katz B, Cotton P: Dissimilar dosing with Neuroleptics of high and low potency. <u>American Journal of Psychiatry</u> 141:748-752, 1984.

Sederer L, Katz B, Manschrek T: Inpatient psychiatry: perspectives from the general, the private, and the state hospital. <u>General Hospital Psychiatry</u> 6:180-190, 1984.

## Presentations:

Participated in presentation of "The Boundary Between Public and Private Responsibility," sponsored by the Massachusetts Public Health Association, Inc., November 8, 1984.

"Psychotic Illnesses: Their manifestations with and without Treatment." Presented at "Update on the Rogers Decision: A Psychiatric/Judicial Educational Exchange," sponsored by the Massachusetts Psychiatric Society and the Probate and Family Court Department, November 9, 1984

"Handling a Juvenile Transfer Case" - lecturer and panelist, Massachusetts Continuing Legal Education, Inc., November 29, 1990.

"Malpractice Prevention," Medical/Legal Seminar sponsored by PRMS, the American Psychiatric Association malpractice insurance company, Boston, September 14, 1994.

"Psychiatric Factors in Juvenile Transfer Decisions" - National Council of Juvenile and Family Court Judges, Sarasota, Florida, April 28, 1993.

"Violence," Discussant/Moderator Joint Meeting American Psychiatric Association and the Italian Psychiatric Society, San Felice, Italy, April, 1997.

"Psychology of Rape," Discussant, Harvard University Institute of Politics, April, 1997.

"Psychiatric Risk Management," Massachusetts Psychiatric Society Conference, 1999.

"Risk Management in Managed Care Environment". Massachusetts Psychiatric Society, 2000.

"First Do No Harm", Moderator/Discussant, Massachusetts Psychiatric Society, March, 2001

Annual Risk Management Conference, Massachusetts Psychiatric Society, March 2002

"Personality Disorders in the Forensic Setting", Presenter/Discussant, Office of Mental Health, State of New York, December, 2002.

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

TOWER SQUARE
1500 MAIN STREET
SUITE 2400, POST OFFICE BOX 15387
SPRINGFIELD, MASSACHUSETTS 01115-5387
413-737-4373
FACSIMILE: 413-739-3125

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

Carole Sakowski Lynch
Phone: 413-737-4373 Ext. 1233
clynch@morrisonmahoney.com

May 22, 2007

**VIA FACSIMILE (617) 267-0663**
**AND FIRST CLASS MAIL**

Ozell Hudson, Jr., Esq.
434 Massachusetts Avenue, Suite 402
Boston, MA  02118

Re:   Tammy Walker v. City of Holyoke
      Docket No.:        05-30074-MAP
      Our File No.:      10007547

Dear Attorney Hudson:

   Please be advised that the defendant would like Dr. Bernard Katz to perform an independent medical examination of the plaintiff, Tammy Walker. Attached for your review is Dr. Katz's CV.  Please let me know as soon as possible if the plaintiff will consent to the IME?

   Thank you very much.

                                    Very truly yours,

                                    Carole Sakowski Lynch

CSL/saw
Enclosure

358761v1

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

| | TOWER SQUARE<br>1500 MAIN STREET<br>SUITE 2400, POST OFFICE BOX 15387<br>SPRINGFIELD, MASSACHUSETTS 01115-5387<br>413-737-4373<br>FACSIMILE: 413-739-3125 | MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER<br>CONNECTICUT<br>HARTFORD<br>ENGLAND<br>LONDON | NEW HAMPSHIRE<br>MANCHESTER<br>NEW JERSEY<br>PARSIPPANY<br>NEW YORK<br>NEW YORK<br>RHODE ISLAND<br>PROVIDENCE |
|---|---|---|---|

Carole Sakowski Lynch
Phone: 413-737-4373 Ext. 1233
clynch@morrisonmahoney.com

Suzanne A. Wells, Paralegal
Phone: 413-737-4373 Ext. 1242
swells@morrisonmahoney.com

May 24, 2007

**VIA FACSIMILE  (413) 547-0109**

William Curley, Asst. Deputy Superintendent
Hampden House of Corrections
627 Randall Road
Ludlow, MA 01056

Re:  Tammy Walker v. City of Holyoke
     Docket No.:      05-30074-MAP
     Our File No.:    10007547

Dear Mr. Curley:

Please allow this letter to confirm that Dr. Bernard Katz will perform an independent psychological examination of Tammy Walker on **May 29, 2007 starting at 2:00 p.m.**

Thank you for your assistance with this matter.

Very truly yours,

Carole Sakowski Lynch

CSL/saw

cc:  Ozell Hudson, Jr., Esq. (fax 617-267-0663)
     Bernard Katz, M.D.

350257v1