UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-30074-MAP

| | |
|---|---|
| TAMMY WALKER,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF HOLYOKE,<br>    Defendant | )<br>) |

**<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Now comes the defendant, City of Holyoke (the "City"), pursuant to *Rule 56* of the *Federal Rules of Civil Procedure* and *Local Rule 7.1* and moves this honorable Court to enter judgment in its favor on all counts of the plaintiff's amended complaint. In support of this motion, the City submits a Memorandum of Law with supporting exhibits simultaneously herewith.

        The Defendant,
        CITY OF HOLYOKE,

        By Its Attorneys
        MORRISON MAHONEY LLP

        /s/ Carole Sakowski Lynch
        Carole Sakowski Lynch, BBO# 547718
        1500 Main Street, Suite 2400
        P.O. Box 15387
        Springfield, MA  01115-5387
        (413) 737-4373
        (413) 739-3125 (Fax)

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 14, 2007.

        /s/ Carole Sakowski Lynch