## CERTIFICATE OF SERVICE

    I, Ozell Hudson Jr., Certify that on this 19th day of June, 2007 I have served a true copy of the foregoing (Emergency Motion for Reconsideration, and Motion for a Protective Order; Affidavit of Ozell Hudson Jr.; and Certification Pursuant to L. R. 7.(A)(e) upon the counsel of record by fax, electronic service, hand or first class mail, postage pre-paid and addressed to the following:

Carole Sakowski Lynch, Esq.
Morrison, Mahoney & Miller, LLP
1500 Main Street
Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387

                                                   /S/ Ozell Hudson, Jr.
                                                       Ozell Hudson,,Jr., Esq