# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
Tammy Walker,                )
    Plaintiff                    )    Civil Action No. 05-30074- MAP
                             )
v.                           )
                             )
City of Holyoke,             )
    Defendant                   )
_____)

## ASSENTED TO PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

    NOW COMES the Plaintiff Tammy Walker, and respectfully requests that this Court extend the time from July 16, 2007, to July 31, 2007 for Plaintiff to file and serve her opposition and or response to Defendant's Motion for Summary Judgment.

    In support of this motion, the Plaintiff states that her counsel, Ozell Hudson, Jr. has to travel to Baxley, Georgia on or before July 13, 2007, to assist in coordinating the funeral arrangements, and participate in the memorial services for, his Aunt, who helped raise him from childhood.

    In addition, Plaintiff's counsel elected not to attend his cousin's funeral in Miami, Florida on July 7, 2007 in order to focus on meeting the July 16, 2007 deadline to file Plaintiff's Opposition to Defendant's Motion for Summary Judgement. However, Plaintiff's counsel must attend his Aunt's funeral services in Georgia on July 14, 2007.

    Wherefore, the Plaintiff respectfully requests that this court allow her Motion to enlarge the time to July 31, 2007 to file her opposition to Defendant's Motion for Summary Judgement.

    Respectfully Submitted
    Tammy Walker
    By Her Attorney

Dated July 09, 2007

/s/ *Ozell Hudson, Jr.*

Ozell Hudson, Jr. Esq.

BBO No. 556269

434 Massachusetts Ave.

Suite 402

Boston, Ma. 02118

Tel: (617) 267-0662

Fax: (617) 267-0663

## CERTIFICATE OF CONSULTATION

- By telephone conversation on July 9, 2007, counsel for the Plaintiff requested Defendant's counsel, Carole Sakowski Lynch, to assent to her motion to enlarge time to file Opposition to Defendant's Motion for Summary Judgement. Defendant's counsel stated that she would have to speak to her client first. Subsequently, defendant's counsel telephoned her assent to the above-mentioned matter.

/s/ Ozell Hudson, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 09, 2007.

/s/ Ozell Hudson, Jr.