UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 05-30074-MAP

| | |
|---|---|
| TAMMY WALKER,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| CITY OF HOLYOKE,<br>    Defendant | )<br>) |

**DEFENDANT'S MOTION TO EXTEND DATE FOR FILING
OF REPLY BRIEF REGARDING MOTION
FOR SUMMARY JUDGMENT
- ASSENTED TO**

NOW COMES the defendant, City of Holyoke, and respectfully requests that the date by which the defendant may file a reply to plaintiff's opposition to defendant's motion for summary judgment be extended to August 9, 2007. As reason for this request, the defendant states that the current due date for the reply brief is July 25, 2007. In light of the court order granting plaintiff's motion for extension of time to file her opposition to July 31, 2007, the reply date must be extended, as well. The proposed date of August 9, 2007 is consistent with the allotted time provided in the April 2, 2007 revised scheduling order which allowed nine (9) days for a reply from the due date of the opposition.

WHEREFORE, the defendant, City of Holyoke, respectfully requests that it be allowed until August 9, 2007 to file a reply brief.

363733v1

                                                  The Defendants,
                                                  CITY OF HOLYOKE,

                                                  By Its Attorneys
                                                  MORRISON MAHONEY LLP

Assented to:

|  |  |
|---|---|
| /s/ Ozell Hudson, Jr. | /s/ Carole Sakowski Lynch |
| Ozell Hudson, Jr., Esq. | Carole Sakowski Lynch, BBO# 547718 |
| 434 Massachusetts Avenue, Suite 402 | 1500 Main Street, Suite 2400 |
| Boston, MA 02118 | P.O. Box 15387 |
| (617) 267-0662 | Springfield, MA 01115-5387 |
| (617) 267-0663 (fax) | (413) 737-4373 |
|  | (413) 739-3125 (Fax) |

       I hereby certify that this document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on July 12, 2007.

                                                  /s/ Carole Sakowski Lynch