# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TAMMY WALKER,<br>    Plaintiff(s) | )<br>)<br>) | |
| v.<br>CITY OF HOLYOKE,<br>    Defendant(s) | )<br>)<br>) | CIVIL ACTION NO. 3:05-30074 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant City of Holyoke, against the plaintiff Tammy Walker, pursuant to the court's memorandum and order entered this date, granting defendant's motion for summary judgment as to counts I-XII, XIV-XV and dismissing count XIII.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated:  November 30, 2007            By  /s/ *Maurice G. Lindsay*
                                         Maurice G. Lindsay
                                         Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                            [jgm.]